UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**SUPPRESSED**
**FILED**

APR - 3 2019

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. |
| ANTONIO PHILLIPS, | ) ) **4:19CR00273 HEA/NCC** |
| Defendant. | ) ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about February 10, 2019, in the City of St. Louis, within the Eastern District of Missouri,

**ANTONIO PHILLIPS,**

the Defendant herein, having been previously convicted of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm which traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
J. CHRISTIAN GOEKE, #39462MO
Assistant United States Attorney